**No. 61302.**—American Mink Co. and William H. Emig et al. *v.* United States, protests 120183–K (A), etc. (New York).

Opinion by WILSON, J.    In accordance with stipulation of counsel that the merchandise consists of fox skins similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388) or *Sam Forwand Co.* v. *United States* (37 Cust. Ct. 232, C. D. 1829), the claim of the plaintiffs was sustained.

**No. 61303.**—B. Westergaard & Co., Inc. *v.* United States, protest 300057–K (New York).

Opinion by WILSON, J.    In accordance with stipulation of counsel that the merchandise consists of fried herring similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (44 C. C. P. A. 128, C. A. D. 649), the claim of the plaintiff was sustained.

**No. 61304.**—S. Schonfeld Co. et al. *v.* United States, protests 303265–K, etc. (New York).

Opinion by WILSON, J.    In accordance with stipulation of counsel that the merchandise consists of sprats in oil similar in all material respects to those the subject of *Arnold Sorensin Co. et al.* v. *United States* (38 Cust. Ct. 199, C. D. 1862), the claim of the plaintiffs was sustained.